UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEX MANESSIS,<br><br>                Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGAMENT, INC., *et al.*,<br>                Defendants. | Case No. 2:18-cv-00286-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' proposed Discovery Plan and Amended Scheduling Order (ECF No. 20), filed on September 10, 2018. The parties request a 120-day extension to their discovery plan. The Court finds that the parties have not provided sufficient information to support the proposed discovery extension. The Court, therefore, denies the proposed amended discovery plan and scheduling order without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the parties' proposed Discovery Plan and Amended Scheduling Order (ECF No. 20) is **denied**, without prejudice.

Dated this 12th day of September, 2018.

                                                                                               _____
                                                                                               GEORGE FOLEY, JR.
                                                                                               UNITED STATES MAGISTRATE JUDGE