Craig K. Perry
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
info@1stoplawfirm.com

Attorney for Plaintiff

UNITED STATES OF AMERICA

DISTRICT OF NEVADA

| | |
|---|---|
| ALEX MANESSIS., | 2:18-cv-00286-GMN-GWF |
| Plaintiff, | |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC AND ENCORE CAPITAL GROUP, INC. | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

TO THE HONORBLE COURT:

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to finalize the settlement and file the dismissal.

DATED this 16th day of October, 2018.

CRAIG K. PERRY & ASSOCIATES


 /s/ Craig K. Perry
CRAIG K. PERRY, Esq.
Nevada State Bar No 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Attorney for Plaintiff

-1-

-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of CRAIG K. PERRY &

ASSOCIATES and that on this 16th day October, 2018, I did cause a true copy

of the foregoing NOTICE OF SETTLEMENT to be placed served via CM/ECF upon the

following counsel of record:

John Naylor
jnaylor@nblawnv.com
Jennifer Braster
jbraster@nblawnv.vom
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:      (702) 420-7000
Facsimile:      (702) 420-7001

Attorneys for Defendants

/s/ Brittany DeJohnette
An Employee of Craig K. Perry & Associates

-2-