John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@nblawnv.com
jbraster@nblawnv.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX MANESSIS, | Case No. 2:18-cv-00286-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, AND ENCORE CAPITAL GROUP, INC., | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff Alex Manessis, through his attorney Craig K. Perry, Esq., and Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. through their attorney, John M. Naylor, Esq., that this action be dismissed with prejudice, each party to bear their own fees and costs.

/ / /

/ / /

/ /

/ /

DATED this 2nd day of November 2018.

| CRAIG K. PERRY & ASSOCIATES | NAYLOR & BRASTER |
|---|---|
| By: */s/ Craig K. Perry*<br>    Craig K. Perry, NSB No. 3786<br>    7854 W. Sahara Avenue<br>    Las Vegas, NV 89117 | By: */s/ John M. Naylor*<br>    John M. Naylor, NSB No. 5435<br>    1050 Indigo Drive, Suite 200<br>    Las Vegas, NV 89145 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS ORDERED THAT the case is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED this \_\_\_\_\_ day of _____ 2017.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 3

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this <u>November 2, 2018</u>, I caused the document **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to be served through the Court's CM/ECF system addressed to:

Craig K. Perry, Esq.
CRAIG K. PERRY & ASSOCIATES
8010 West Sahara Ave., Suite 260
Las Vegas, NV  89117
info@1stoplawfirm.com

*Attorney for Plaintiff*

                                            /s/ Amy Reams
                                            An Employee of NAYLOR & BRASTER