John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@nblawnv.com
jbraster@nblawnv.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX MANESSIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, AND ENCORE CAPITAL GROUP, INC.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00286-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Alex Manessis, through his attorney Craig K. Perry, Esq., and Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. through their attorney, John M. Naylor, Esq., that this action be dismissed with prejudice, each party to bear their own fees and costs.

/ / /

/ / /

/ /

/ /

DATED this 2nd day of November 2018.

| | |
|---|---|
| Craig K. Perry & Associates | Naylor & Braster |
| | |
| By: */s/ Craig K. Perry* | By: */s/ John M. Naylor* |
| Craig K. Perry, NSB No. 3786 | John M. Naylor, NSB No. 5435 |
| 7854 W. Sahara Avenue | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89145 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

IT IS ORDERED THAT the case is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED this __2__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Naylor & Braster
Attorneys at Law
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000